**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Eric SIMON, Defendant-Appellant.**

**No. 72-2371.**

United States Court of Appeals, Ninth Circuit.

March 16, 1973.

Ron Le Mieux, Los Angeles, Cal., for defendant-appellant.

William D. Keller, U. S. Atty., Eric A. Nobles, John Cameron, Asst. U. S. Attys., Los Angeles, Cal., for plaintiff-appellee.

Before HAMLEY and MERRILL, Circuit Judges, and SCHNACKE,* District Judge.

PER CURIAM:

Defendant was found guilty by a jury on five counts of violation of the Selective Service Act, 50 U.S.C. App. § 462, for making false representations as to the condition of his teeth. We affirm.

Army Regulation 40–501, para. 7–12, provides generally that persons who wear orthodontic appliances are unacceptable for induction "as long as active treatment is required."

■ While defendant was undoubtedly wearing braces, there was ample evidence that, far from requiring "active treatment", he required no treatment at all, and that he knew it.

■ The business records of the dentist and the testimony of his assistant were properly received in evidence.

Affirmed.

* Honorable Robert H. Schnacke, United States District Judge, Northern District of California, sitting by designation.